### 35745. BROWN v. JAMES et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

ARGUED JANUARY 21, 1980 — DECIDED FEBRUARY 5, 1980 —
REHEARING DENIED FEBRUARY 26, 1980.

*Clifford L. Jolliff, W. E. Lockette,* for appellant.
*Robert M. Margeson, III,* for appellees.